IN RE: G.V.K.

Petition of: D.M.F.

No. 320 MAL 2017

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Chad Eugene GINTER, Petitioner

No. 20 MAL 2017

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Ronald DAVIS, Petitioner

No. 555 EAL 2016

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Khashion M. GARLAND, Petitioner

No. 24 EAL 2017

Supreme Court of Pennsylvania.

June 5, 2017

## ORDER

PER CURIAM

**AND NOW**, this 5th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**